IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. SKRYP,                )
                                 )
     Plaintiff,                  )
                                 )
     vs.                         )    Civil Action No. 03-157
                                 )
COMMISSIONER OF SOCIAL SECURITY, )
                                 )
     Defendant.                  )

ORDER

AND NOW, this 23d day of January, 2008, counsel for plaintiff, Michael J. Skryp, has filed a Petition for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a). (Document No. 22). It is hereby ORDERED that defendant, Commissioner of Social Security, file a response to the motion **on or before February 13, 2008.**

William L. Standish
United States District Judge

cc: Counsel of record