IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. SKRYP,<br><br>        Plaintiff,<br><br>        vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-157<br>)<br>)<br>)<br>)<br>) |

ORDER

AND NOW, this 19th day of February, 2008, before the Court is the motion of Plaintiff's counsel, James Bukac, Esquire, for authorization of an award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Document No. 22), to which Defendant has no objection. After consideration, it is hereby ORDERED that the motion is granted and attorney fees in the amount of $2,500 are awarded to Attorney Bukacs under the EAJA.

*William L. Standish* (signature)
William L. Standish
United States District Judge

cc: Counsel of record